UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KALIAPPAN STUBBS, | Case No. C20-1264RSM |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY JAIL, ET AL., | |
| Defendants. | |

The Complaint in this matter was filed on August 12, 2020 (Dkt. #1); plaintiff filed a Civil Cover Sheet on September 15 2020 (Dkt. #4). There has been no further activity by Plaintiff since that date.

On February 4, 2021 at Dkt #5, the plaintiff was ordered to show cause on or before February 19, 2021, why this matter should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The plaintiff did not respond.

On October 27, 2021, the Court was notified of a change of address for plaintiff. On October 28, 2021 at Dkt #6, the plaintiff was ordered to show cause on or before November 10, 2021, why this matter should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); the order was sent to plaintiff's updated address. The plaintiff did not respond.

ORDER - 1

There has been no other activity in this case.

This action is hereby DISMISSED without prejudice.

DATED this 12th day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2